# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JERRY ZOMORODIAN,<br><br>    Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC; IRVINE BMW and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: CV 17-5061-DMG (PLAx)<br><br>**ORDER ON STIPULATION TO CONTINUE THE TRIAL DATE [68]** |

Pursuant to the parties' stipulation, filed on August 14, 2018, the parties have agreed that the jury trial in this action be continued to December 11, 2018.

THEREFORE, IT IS ORDERED that that the jury trial in this action is continued to **December 11, 2018 at 8:30 a.m.**

IT IS SO ORDERED.

DATED: August 15, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE