UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | CV 17-5061-DMG (PLAx) | Date | December 12, 2018 |
|---|---|---|---|
| Title: | Jerry Zomorodian v. BMW of North America, LLC, et al. | | |

Present: The Honorable  **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Anne Kielwasser / Sheri Kleeger |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Stephen Brower  Christine J. Haw | Richard Stuhlbarg  Stephen J. Kelley |

_____ Day Court Trial          1st Day Jury Trial

_____ One day trial:   X  Begun (1st day);   X  Held & Continued;   _____ Completed by jury verdict/submitted to court.

X  The Jury is impaneled and sworn.
X  Opening statements made by   Plaintiffs /Defendant
X  Witnesses called, sworn and testified.   X  Exhibits Identified   X  Exhibits admitted.
___  Plaintiff(s) rest.        ___ Defendant(s) rest.
___  Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
___  Bailiff(s) sworn.          ___ Jury retires to deliberate.        ___ Jury resumes deliberations.
___  Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
___  Jury polled.               ___ Polling waived.
___  Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___  Judgment by Court for _____   ___ plaintiff(s)   ___ defendant(s).
___  Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___  Case submitted.   ___ Briefs to be filed by _____
___  Motion to dismiss by _____ is   ___ granted.   ___ denied.   ___ submitted.
___  Motion for mistrial by _____ is   ___ granted.   ___ denied.   ___ submitted.
___  Motion for Judgment/Directed Verdict by _____ is   ___ granted.   ___ denied.   ___ submitted.
X   Case continued to  December 12, 2018 at 1:00 p.m.  for further trial/further jury deliberation.
___  Other:

                                                                4  :  51
                                    Initials of Deputy Clerk      KT

cc: