# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Jerry Zomorodian, | CASE NUMBER |
| --- | --- |
| PLAINTIFF, | CV 17-5061-DMG (PLAx) |
| v. | |
| BMW of North America, LLC, et al., | **JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)** |
| DEFENDANTS. | |

This action came on for jury trial, the Honorable Dolly M. Gee, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff Jerry Zomorodian recover of the defendant BMW of North America, LLC the sum of $176,976.60, with interest thereon at the legal rate as provided by the law.

Clerk, U. S. District Court

Dated: December 18, 2018          By     Kane Tien
                                              Deputy Clerk